**\*\*E-filed 4/4/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA R. WALKER,<br><br>              Plaintiff,<br><br>     v.<br><br>PILE DRIVER LOCAL UNION NO. 34<br><br>              Defendant.<br>_____/ | No. C 11-4503 RS<br><br>**ORDER DISMISSING ACTION** |

On March 5, 2012, an order entered granting defendant's unopposed motion to dismiss the complaint in this action. Plaintiff was advised that unless she filed a brief no later than March 30, 2012, showing cause why leave to amend should be granted, the action would be dismissed with prejudice. That deadline has expired, and plaintiff has filed no response. Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 4/4/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE